UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROSALIE CONNER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-02128 |
| § | |
| PHH MORTGAGE CORPORATION § | |
| and § | |
| DEUTSCHE BANK TRUST COMPANY § | |
| AMERICAS AS TRUSTEE FOR RALI § | |
| SERIES 2006-QS6 POWER DEFAULT § | |
| SERVICES, § | |
| § | |
| Defendants. § | |

## ORDER

A suggestion of bankruptcy has been filed in this cause by the plaintiff, Rosalie Conner. The plaintiff/debtor filed a petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Case No. 20-32875. A petition filed under 11 U.S.C. §§301, et seq., operates as a stay of a judicial proceeding that was commenced against the debtor before the bankruptcy proceeding. 11 U.S.C. §362(a)(1). Accordingly, this case is STAYED as to plaintiff Rosalie Conner.

It is so ORDERED.

SIGNED on this 22nd day of June, 2020.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1