IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSALIE CONNER, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | |
| PHH MORTGAGE CORPORATION, DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RALI SERIES 2006-QS6, POWER DEFAULT SERVICES, | § § § § § § § § | CIVIL ACTION NO. 4:20-CV-02128 |
| *Defendants*. | § § | |

## NOTICE OF NON-FILING

Defendants PHH Mortgage Corporation ("PHH"), Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS6[1] ("Deutsche"), and Power Default Services ("PDS") (collectively "Defendants") hereby file this Notice of Non-Filing to notify the Court that Plaintiff Rosalie Conner ("Plaintiff") has failed to timely respond to Defendants' Motion for Summary Judgment and respectfully show the Court as follows:

Defendants filed their Motion for Summary Judgment on June 23, 2021 (the "Motion"), and Plaintiff was served through the Court's ECF system via certified mail, return receipt requested, and via electronic mail. (Doc. 15). Plaintiff's deadline to respond to the Motion was July 14, 2021. Southern District Local Rule 7.3. To date, however, Plaintiff has failed to respond to the Motion. Therefore, pursuant to Southern District Local Rules 7.3 and 7.4, Defendants

---

[1] Incorrectly named herein as Deutsche Bank Trust Company Americas, as Trustee for Rali Series 2006-QS6.

respectfully request that the Court treat the Motion unopposed, grant the Motion in its entirety, and dismiss this matter.

WHEREFORE, Defendants pray that the Court treat the Motion unopposed, grant the Motion in its entirety, and dismiss this matter, and further pray for such other and further relief to which they may be justly entitled.

Respectfully submitted,

**LOCKE LORD LLP**

/s/ *Jennifer Juergens*
**Robert T. Mowrey (Attorney-in-Charge)**
  State Bar No. 14607500
  S.D. No. 9529
  rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)

**B. David L. Foster**
   State Bar No. 24031555
   S.D. No. 35961
   dfoster@lockelord.com
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 305-4700 (Telephone)
(512) 305-4800 (Facsimile)

**Jennifer Juergens**
   State Bar No. 24101983
    S.D. No. 2996936
    Jennifer.juergens@lockelord.com
LOCKE LORD LLP
JPMorgan Chase Tower
600 Travis Street, Suite 2800
Houston, Texas  77002
Telephone: (713) 226-1200
Facsimile:  (713) 223-3717

**COUNSEL FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served upon the following via ECF, certified mail, return receipt requested, and electronic mail to Smconner1223@yahoo.com pursuant to the Federal Rules of Civil Procedure on July 19, 2021.

Rosalie Conner
21006 James Long Court
Richmond, Texas 77469
*Pro Se Plaintiff*

Samuel M. Conner
Smconner1223@yahoo.com
*Power of Attorney for*
*Plaintiff*

                                        /s/ *Jennifer Juergens*
                                        Jennifer Juergens